No. 231. Ex PARTE FELIÚ, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No. 3400 otorgada por la National Surety Company el 27 de noviembre de 1914, para garantir las funciones notariales del abogado Don Leopoldo Feliú. Resuelta en diciembre 2, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.

No. 309. Ex PARTE MARTÍNEZ, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la Fidelity and Deposit Company of Maryland el 3 de diciembre de 1914 para garantir las funciones notariales de Don José C. Martínez. Resuelta en diciembre 4, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.

No. 375. Ex PARTE GUZMÁN, NOTARIO PÚBLICO.—Petición de la Fidelity and Deposit Company of Maryland para que se dé por terminada la fianza notarial otorgada por dicha compañía el 20 de junio de 1914 para garantir las funciones notariales del abogado Don Miguel Guzmán y Texidor. Resuelta en diciembre 4, 1914. Se da por terminada dicha fianza a partir desde el 3 de febrero de 1915. La compañía peticionaria compareció por escrito por medio de su agente Sr. Joaquín N. Torres.

No. 277. Ex PARTE SIFRE, NOTARIO PÚBLICO.—Petición de la National Surety Company para que se dé por terminada la fianza notarial No. 454 otorgada por dicha compañía el 7 de abril de 1910 para garantir las funciones notariales del abogado Don Jaime Sifre, Jr. Resuelta en diciembre 17, 1914. Se da por terminada dicha fianza a partir desde el 16 de febrero de 1915. La compañía peticionaria compareció por escrito por medio de su agente Sr. Harry F. Besosa.